```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NEW WORLD BOOKING INC., et ano.,    :    09 CIV 5600 (AKH)

                Plaintiffs,    :    **STIPULATION AND ORDER**

     -against-                      :

OLE, LLC, et al.,                   :

                Defendants.    :

------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, as the attorneys-of-record for the Plaintiffs and the Defendants, that Defendants' pending motion shall be adjourned to August 17, 2009; that Plaintiff's answering papers shall be served and filed no later than August 3, 2009; that Defendants' reply papers, if any, shall be served and filed no later than August 17, 2009; and that this Stipulation may be tendered to the Court by either of the undersigned and "so ordered" by the Court without further notice to either the undersigned. This is the second request for an adjournment.

Dated: Freehold, New Jersey
       July 23, 2009

                                          **WILLIAM R. KUTNER, ESQ.**
                                          Attorney for Plaintiffs

                      By:    _____
                                          William R. Kutner, Esq.
                                          SDNY Bar No. WK-4951
                                          57G Stonehurst Boulevard
                                          Freehold, New Jersey 07728
                                          TEL/FAX (732) 252-5372
                                          E-mail: KutnerLaw@aol.com

                                                      -and-
63-84 Saunders Street
Suite 1-T
Rego Park, New York 11374
TEL (718) 275-8838

Dated: New York, New York
       July 24, 2009

                                        **CAPLAN & ROSS, LLP**
                                        Attorneys for Defendants

                            By: _____
                                  Jonathan J. Ross, Esq.
                                  SDNY Bar No. JR-0581
                                  100 Park Avenue
                                  18th Floor
                                  New York, New York 10017
                                  TEL (212) 973-2376
                                  FAX (212) 661-4290
                                  E-mail: jross@caplanross.com

**SO ORDERED:**
July 29, 2009

_____
Hon. Alvin K. Hellerstein
United States District Judge