UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NEW WORLD BOOKING INC., et ano., : 09 CIV 5600 (AKH)

                     Plaintiffs, : **STIPULATION AND ORDER**

    -against- :

OLE, LLC, et al., :

                     Defendants. :

------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, as the attorneys-of-record for the Plaintiffs and the Defendants, that Defendants' pending motion shall be adjourned to September 11, 2009; that Plaintiff's answering papers shall be served and filed no later than August 24, 2009; that Defendants' reply papers, if any, shall be served and filed no later than September 11, 2009; and that this Stipulation may be tendered to the Court by either of the undersigned and "so ordered" by the Court without further notice to either the undersigned. This is the third request for an adjournment. It shall be deemed to be "final" as against Plaintiffs, but not "final" against Defendants. In the event that Plaintiff's papers are complete before August 24, 2009, they shall be served and filed when complete.

Dated:  Freehold, New Jersey
        August 14, 2009

**[SIGNATURES APPEAR ON THE NEXT PAGE.]**

                    **WILLIAM R. KUTNER, ESQ.**
                    Attorney for Plaintiffs

By: _/s/ WRK/ct_____
    William R. Kutner, Esq.
    SDNY Bar No. WK-4951
    57G Stonehurst Boulevard
    Freehold, New Jersey 07728
    TEL/FAX (732) 252-5372
    E-mail: KutnerLaw@aol.com
            -and-
    63-84 Saunders Street
    Suite 1-T
    Rego Park, New York 11374
    TEL (718) 275-8838

Dated: New York, New York
       August 14, 2009

                    **CAPLAN & ROSS, LLP**
                    Attorneys for Defendants

By: _____
    Jonathan J. Ross, Esq.
    SDNY Bar No. JR-0581
    100 Park Avenue
    18th Floor
    New York, New York 10017
    TEL (212) 973-2376
    FAX (212) 661-4290
    E-mail: jross@caplanross.com

SO ORDERED:
August _19_, 2009

_____
Hon. Alvin K. Hellerstein
**United States District Judge**