Index: 090590/S
Date: 6/17/2009

# VERIFIED RETURN OF SERVICE

## SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF THE BRONX

CASE NO:30441/ 09            Division: **CIVIL**      **SUMMONS**

NEW WORLD BOOKING INC., AND MENUDO ENTERTAINMENT, LLC
VS.
OLE, LLC A/K/A OSCAR LLORD ENTERTAINMENT, LLC., ET AL

PURSUANT TO THE REQUEST OF;

**William R. Kutner
57G Stonehurst Blvd.
Freehold New Jersey 07728**

I, **Hector Castro (I.D. # 287)**, received this process on **6-8-09** at **5:00 p.m.**, and served the same on Ole, LLC a/k/a Oscar Llord Entertainment, LLC., c/o Robert E. Murdoch, Esquire Johnson, Anselmo, Murdoch, Burke and George at 2455 East Sunrise Blvd., Suite 1000 Ft. Lauderdale, Florida 33304 on 6-9-09 at 2:30 p.m. Phone # (954) 463-0100

**CORPORATE SERVICE** : By serving a copy of the writ, and a copy of the plaintiff's initial pleading to **Joe Perrone / Accepts all service for Registered Agent**, or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent as present as required by F.S., Section 48091.

I acknowledge that I am a certified process server in the circuit in good standing (or authorized to serve process in the circuit), in which this defendant was served, and that I have no interest in the above action.

Under the penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that facts stated in it are true. (Statute F.S.92.525)

X_____
Hectro Castro (I.D. # 287)
Certified / Appointed in the Circuit Court
of the ___17 7th___ Judicial District

Subscribed & Sworn to before me on the _2 Y_ day
Of _June_ 20_0 9_ by the affiant who is personally
Known _X_ or produced identification _____ to me
Type of identification _____

Notary Public

Commission Stamp/Seal

John H. Traxler : Phone (305) 495-3590 • E-Mail jtraxler@bellsouth.net

Index: **090588/S**
Date: **6/17/2009**

# VERIFIED RETURN OF SERVICE

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF THE BRONX

CASE NO: 09 CA 280 P            Division: **CIVIL**           Summons

NEW WORLD BOOKING INC., AND MENUDO
ENTERTAINMENT, LLC
VS.
OLE, LLC A/K/A OSCAR LLORD ENTERTAINMENT,
LLC., ET AL

PURSUANT TO THE REQUEST OF;

**William R. Kutner**
**57G Stonehurst Blvd.**
**Freehold New Jersey 07728**

I, **John Traxler (I.D. # 621)**, received this process on **6-8-09** at **5:00 p.m.**, and served the same on **Creative Icons, LLC** at **1409 Urbino Ave., Coral Gables, Florida 33146** on **6-11-09** at **8:52 p.m.**

**CORPORATE SERVICE**  : By serving a copy of the writ, and a copy of the plaintiff's initial pleading to **Oscar Llord** as **Accepted Service for Creative Icons**, or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent as present as required by F.S., Section 48091.

**Served at Defendant's Residence address listed above. Description: white male / approx., 55 yrs old. /5'6"/180 lbs./blk. Hair with small pony tail and mustache.**

I acknowledge that I am a certified process server in the circuit in good standing (or authorized to serve process in the circuit), in which this defendant was served, and that I have no interest in the above action.

Under the penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that facts stated in it are true. (Statute/F.S.92.525)

**John Traxler (I.D. # 621)**
Certified / Appointed in the Circuit Court
of the ___11th___ Judicial District

Subscribed & Sworn to before me on the _30_ day
Of _June_ 20_09_ by the affiant who is personally
Known _X_ or produced identification _____ to me
Type of identification _____

Notary Public

Commission Stamp/Seal

John H. Traxler : Phone (305) 495-3590 • E-Mail jtraxler@bellsouth.net

Index: 090589/S
Date: 6/17/2009

# VERIFIED RETURN OF SERVICE

## SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF THE BRONX

CASE NO: 30441/ 09                    Division: CIVIL           SUMMONS

NEW WORLD BOOKING INC., AND MENUDO
ENTERTAINMENT, LLC
VS.
OLE, LLC A/K/A OSCAR LLORD
ENTERTAINMENT, LLC., ET AL

PURSUANT TO THE REQUEST OF;

**William R. Kutner
57G Stonehurst Blvd.
Freehold New Jersey 07728**

I, **John Traxler (I.D. # 621)**, received this process on **6-8-09** at **5:00 p.m.**, and served the same on **Oscar Llord** at **1409 Urbino Ave., Coral Gables, Florida 33146** on **6-11-09** at **8:25 p.m.**

**INDIVIDUAL SERVICE** : By serving the within named person a copy of the writ, and a copy of the complaint, petition or initial pleading.

**Served at Defendant's Residence Address listed above. Discription: wht. male approx., 55 yrs. old. /5'6"/180 lbs. /blk. Hair with small pony tail with mustache.**

I acknowledge that I am a certified process server in the circuit in good standing (or authorized to serve process in the circuit), in which this defendant was served, and that I have no interest in the above action.

Under the penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that facts stated in it are true. (Statute F.S.92.525)

_John Traxler_
John Traxler (I.D. # 621)
Certified / Appointed in the Circuit Court
of the ___11th___ Judicial District

Subscribed & Sworn to before me on the _24_ day
Of _Jun_ 20_09_ by the affiant who is personally
Known _x_ or produced identification _____ to me
Type of identification _____

x _____
Notary Public

Commission Stamp/Seal

ERIC DEAL
MY COMMISSION # DD 512745
EXPIRES: May 31, 2010
Bonded Thru Notary Public Underwriters

John H. Traxler : Phone (305) 495-3590 • E-Mail jtraxler@bellsouth.net