

RECEIVED
SEP 1 1 2009
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

**WILLIAM R. KUTNER, ESQ.**
**[Admitted in New York]**
**57G Stonehurst Boulevard**
**Freehold, New Jersey 07728**
**TEL/FAX (732) 252-5372**
**E-mail:  KutnerLaw@aol.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/09

September 11, 2009

**BY FAX TRANSMISSION**
**TO (212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 8/17/09

Re:  New World Booking Inc., et al. v.
     Ole, LLC, et al.
     File No. 09 CIV 5600 (AKH)

Dear Judge Hellerstein:

I represent Plaintiffs in the above-referenced civil action. I am pleased to report that the parties have reached a tentative agreement to compromise and settle their differences, and that the attorneys for the parties are working on the necessary documentation at this time. Accordingly, I anticipate that the parties will stipulate to discontinue this civil action pursuant to Fed. R. Civ. P. 41 in the near future. Under these circumstances, it will not be necessary for this Court to determine Defendants' pending motion to dismiss, etcetera.

Thank you, again, for all the patience this Court has shown during the pendency of that motion.

Respectfully,

WILLIAM R. KUTNER

cc:  Jonathan Ross, Esq. (via e-mail)
WRK:laj